# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DUSTIN MICHAEL LANGE,<br><br>               Plaintiff,<br><br>    v.<br><br>CITY OF SPOKANE and JOHN McGRATH,<br><br>               Defendants. | NO: 2:18-CV-183-TOR<br><br>ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE REQUIREMENTS |

By Order filed July 16, 2018, the Court instructed Plaintiff to either pay the $400.00 fee ($350.00 filing fee, plus $50.00 administrative fee) to commence this action under 28 U.S.C. § 1914, or to submit a certified copy of his trust fund account statement (or institutional equivalent) for the **six months** immediately preceding the submission of the complaint as required by 28 U.S.C. § 1915(a), ECF No. 6. Plaintiff did not comply with the Court's directive and has filed nothing further in this action.

ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE REQUIREMENTS ~ 1

Accordingly, for the reasons set forth above and in the Court's prior Order, **IT IS ORDERED** that this action is **DISMISSED** for failure to comply with the filing fee requirements of 28 U.S.C. §§ 1914 and 1915.

**IT IS SO ORDERED**. The Clerk's Office is directed to enter this Order, enter **Judgment**, provide copies to Plaintiff and **CLOSE** the file. The Court certifies that any appeal of this dismissal would not be taken in good faith.

**DATED** August 9, 2018.



THOMAS O. RICE
Chief United States District Judge