# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

| | |
|---|---|
| DUSTIN MICHAEL LANGE, | ) |
| *Plaintiff* | ) |
| v. | ) |
| | ) |
| | ) |
| CITY OF SPOKANE and JOHN McGRATH, | |
| *Defendant* | |

Civil Action No.   2:18-CV-183-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ _____ recover costs from the plaintiff *(name)* _____ _____ .

☑  other:   This action is DISMISSED for failure to comply with the filing fee requirements of 28 U.S.C. §§ 1914 and 1915.

This action was *(check one)*:

❏  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❏  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge   Thomas O. Rice _____ .

Date:  August 9, 2018 _____

CLERK OF COURT

SEAN F. McAVOY
_____

s/ Linda L. Hansen
_____
*(By) Deputy Clerk*

Linda L. Hansen
_____